Below is an order of the court.

_____

PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>    William John Berman<br><br>            Debtor. | Case No. 19-60230-pcm11 |
| LOREN HATHAWAY, on behalf of himself and all others similarly situated; GENNISE HATHAWAY, on behalf of herself and all others similarly situated; and HEATHER NOBLE, on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>WILLIAM JOHN BERMAN,<br><br>            Defendant. | Adv. Proc. No. 19-06026-pcm11<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING |

Page 1 of 2    ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN
ANSWER OF OTHER RESPONSIVE PLEADING

{00277188:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

THIS MATTER having come before the Court on the Defendant's Motion to Extend Time to File Answer or Other Responsive Pleading ("Motion") pursuant to Federal Rules of Civil Procedure 26(b) and Fed. R. Bankr. Proc. 7026. The Court having reviewed the motion, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1.     Defendant's Motion is GRANTED.

2.     Defendant's deadline to file an answer or other responsive pleading is extended to June 13, 2019.

###

I certify that I have complied with the requirements of LBR 9021-1(a).

Order Presented by:

Nicholas J. Henderson, OSB #074027
Motschenbacher & Blattner, LLP
Telephone:  (503) 417-0508
Email: nhenderson@portlaw.com
Of Attorneys for Defendant William John Berman


Parties to Serve:

Electronically: All CM/ECF participants.          Via First-Class Mail: None

ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN ANSWER OF OTHER RESPONSIVE PLEADING

{00277188:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com