Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>William John Berman<br><br>Debtor. | Case No. 19-60230-pcm11 |
| LOREN HATHAWAY, on behalf of himself and all others similarly situated; GENNISE HATHAWAY, on behalf of herself and all others similarly situated; and HEATHER NOBLE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM JOHN BERMAN,<br><br>Defendant. | Adv. Proc. No. 19-06026-pcm11<br><br>STIPULATED ORDER EXTENDING TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING |

Page 1 of 3  STIPULATED ORDER EXTENDING TIME TO FILE AN ANSWER OF OTHER RESPONSIVE PLEADING

{00278821:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-06026-pcm    Doc 9    Filed 06/19/19

THIS MATTER having come before the Court on the Plaintiff's Complaint [Adv. Proc. Dkt. No. 1], and the parties having stipulated as follows:

1. Consistent with the Local Bankruptcy Rules, Counsel for Defendant and Plaintuffs have conferred about Defendant's intention to file a motion to dismiss the Complaint.

2. Plaintiff is reviewing the arguments made by Defendant, and has agreed to respond substantively to Defendant's arguments. Plaintiff's Counsel also indicated that the Complaint may be amended, if necessary after reviewing Defendant's position.

3. The Parties agreed, subject to Court approval, to extend the deadline by which Defendant must respond to the Complaint, to allow the parties to continue the conferral process in an attempt to resolve the Defendant's concerns without Court assistance.

The Court having reviewed the stipulation of the Parties, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1. Defendant's deadline to file an answer or other responsive pleading is extended to June 28, 2019.

### 

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:
MOTSCHENBACHER AND BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: (503) 417-0508
Email: nhenderson@portlaw.com
  Of Attorneys for Debtor-in-Possession
  William John Berman

Parties to Serve:
Electronically:
- All CM/ECF participants.
Via First-Class Mail:
   NONE

Page 2 of 3    STIPULATED ORDER EXTENDING TIME TO FILE AN ANSWER OF OTHER RESPONSIVE PLEADING

{00278821:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-06026-pcm    Doc 9    Filed 06/19/19

IT IS SO STIPULATED:

| MOTSCHENBACHER AND BLATTNER LLP | KARNES LAW OFFICE, PC |
|---|---|
| By: /s/ Nicholas J. Henderson | By: /s/ Keith D. Karnes |
| Nicholas J. Henderson, OSB #074027<br>  Of Attorneys for Debtor-in-Possession<br>  William John Berman | Keith D. Karnes, OSB # 033521 |

Page 3 of 3   STIPULATED ORDER EXTENDING TIME TO FILE AN
ANSWER OF OTHER RESPONSIVE PLEADING

{00278821:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-06026-pcm    Doc 9    Filed 06/19/19