| | | |
|---|---|---|
| **06/25/2019** | **TUESDAY** | **Judge Peter C McKittrick** |
| 9:30 AM 19-6026 pcm ap | Hathaway et al v. Berman | |
| 19-60230 | **Pretrial Conference** | |
| | Gennise Hathaway - pla | KEITH D KARNES  x |
| | William John Berman - dft | |

Evidentiary Hearing:   Yes: ☐   No: ☒

__Amended complaint to be filed. Answer to be filed only to amended complaint. Amended complaint should__

__be filed by end of the week.__

__Continued Pretrial - 7/30/19 @ 9:30 via telephone.__

_____

_____

_____

_____

_____

_____

_____

_____

Order to be prepared by:  ☐ Clerk's Office  ☐ Chamber  ☐ _____

**OD3 - Dismissal Order**
  #1 _____ Settled _____ (21) days.
  #2 _____ to Prepare Judgement/order _____ (21) days.
  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by ____-____-____ / Conf. Report by ____-____-____.
  #2 _____ Planning Conf. by ____-____-____/ No report.
  #3 _____ Discovery can proceed.
  #4 _____ No Planning Conf./Initial disclosures by ____-____-____.
  #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:   06/25/19