| | | |
|---|---|---|
| 08/22/2019 | **THURSDAY** | **Judge Peter C McKittrick** |
| 1:30 PM 19-6026 pcm ap | **Hathaway et al v. Berman** | |
| 19-60230 | **Status re: Motion For Partial Summary Judgment Filed by Gennise Hathaway, Loren Hathaway, Heather Noble (KARNES, KEITH) (23)** | |

Gennise Hathaway - pla      KEITH D KARNES   x

William John Berman - dft      NICHOLAS J HENDERSON   x

Evidentiary Hearing:    Yes: ☐    No: ☒

**Motion for SJ abated until further order from the court.**

Order to be prepared by: ☐ Clerk's Office   ☐ Chamber   ☒ Mr. Henderson

**OD3 - Dismissal Order**
     #1 _____ Settled _____ (21) days.
     #2 _____ to Prepare Judgement/order _____ (21) days.
     #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
     #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
     #2 _____ Planning Conf. by ___-___-___ / No report.
     #3 _____ Discovery can proceed.
     #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
     #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:    08/22/19

Case 19-06026-pcm    Doc 28    Filed 08/22/19