Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br>WILLIAM JOHN BERMAN<br><br>        Debtor. | Bankruptcy Case<br>No. 19-60230-pcm11 |
| LOREN HATHAWAY, et al.<br><br>        Plaintiffs,<br>  v.<br>WILLIAM JOHN BERMAN,<br><br>        Defendant. | Adv. Proc. No. 19-6026-pcm<br><br>ORDER MODIFYING SCHEDULING ORDER –<br>DOC. 45 |

On February 6, 2020, the Court entered its standard scheduling order (the Scheduling Order) in this adversary proceeding. See Doc. 45. For the reasons discussed at the continued pretrial conference held on January 28, 2020,

IT IS HEREBY ORDERED that the Scheduling Order is modified in the following respects:

(1) The parties may commence discovery.

Page 1 – ORDER MODIFYING SCHEDULING ORDER – DOC. 45

(2) The initial disclosures contained in Fed. R. Civ. P. 26(a)(1) are waived.

(3) Expert disclosures shall be made as required by Fed. R. Civ. P. 26(a)(2).

(4) The deadline set forth in paragraph 1(b) of the Scheduling Order for filing motions, including motions for summary judgment, is extended to February 24, 2020. Plaintiffs may not simply refile their earlier motion for summary judgment because the pleadings in this adversary proceeding have changed. Any motions filed by the parties must reflect the current status of the pleadings in this adversary proceeding.

(5) The deadline set forth in paragraph 2 of the Scheduling Order for the parties to complete discovery is changed to July 17, 2020.

(6) A final pretrial conference will be held on August 3, 2020, at 9:30 a.m. by telephone. Participants shall dial (888)-684-8852 and use access code "1238244."

(7) A two-day trial will commence on August 20, 2020, at 9:00 a.m. in Courtroom 1 at 1050 SW 6th Avenue, #700, Portland, Oregon 97204.

IT IS FURTHER ORDERED that the Scheduling Order shall remain in full force and effect except as modified by this order.

###

cc: Keith D. Karnes (via ECF)
    Nicholas J. Henderson (via ECF)