Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>WILLIAM JOHN BERMAN,<br><br>　　　　　Debtor. | Bankruptcy Case<br>No. 19-60230-pcm11 |
| LOREN HATHAWAY, on behalf of himself and all others similarly situated; GENNISE HATHAWAY, on behalf of herself and all others similarly situated; and HEATHER NOBLE, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM JOHN BERMAN,<br><br>　　　　　Defendant. | Adv. Proc. No. 19-6026-pcm<br><br>ORDER STRIKING DOC. 65 |

On March 25, 2020, plaintiffs filed a Motion for Class Certification, Doc. 59. On April 15, 2020, defendant filed a Response to the motion. Doc. 60. On April 30, 2020, the court granted plaintiffs' unopposed motion for additional time to file a Reply. Doc. 63. Plaintiffs did not seek leave to file a Reply.

Plaintiffs have now filed a Reply to the motion. Doc. 65.

The Local Rules of the Bankruptcy Court do not allow the filing of a reply in motions filed in adversary proceedings, other than motions

Page 1 - ORDER STRIKING DOC. 65

for summary judgment.  LBR 7007-1(b)(3), (4).  Thus, the entry of the order allowing an extension of time to file the Reply was entered in error.  Because the rules do not allow the filing of a Reply in motions filed in adversary proceedings (other than motions for summary judgment),

   IT IS HEREBY ORDERED that plaintiffs' Reply, Doc. 65, is STRICKEN.

###